*Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 787. ELY & WALKER DRY GOODS CO. *v.* UNITED STATES. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry J. Richardson, Frederic D. McKenney,* and *Thomas W. White* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Barham R. Gary,* and *Paul D. Miller* for the United States.

No. 793. FESLER *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. May 19. 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Walter L. Fisher* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, John H. McEvers,* and *W. Marvin Smith* for respondent.

No. 797. WRIGHT, COUNTY TREASURER OF SHAWNEE COUNTY, KANSAS, ET AL. *v.* CENTRAL NATIONAL BANK OF TOPEKA, KANSAS. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. A. B. Quinton* and *Eugene S. Quinton* for petitioners. *Messrs. John L. Hunt* and *S. M. Brewster* for respondent.

No. 798. BLACKBURN CONSTRUCTION CO. *v.* CEDAR RAPIDS NATIONAL BANK. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Stephen A. George* for peti-

tioner. *Mr. A. H. Sargent* for respondent.

No. 801. Texas & Pacific Ry. Co. *v.* Aaron. May 19, 1930. Petition for writ of certiorari to the Court of Civil Appeals, Sixth Supreme Judicial District, of Texas, denied. *Messrs. Joseph H. T. Bibb* and *T. D. Gresham* for petitioner. *Mr. S. P. Jones* for respondent.

No. 802. Twin City Water Softener Co. et al. *v.* American Doucil Co. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. F. A. Whiteley* for petitioners. *Messrs. Harvey L. Lechner* and *Paul Synnestvedt* for respondent.

No. 764. Guaranty Trust Co., Trustee, *v.* Minneapolis & St. Louis R. Co. et al.;

No. 765. Hawley et al. *v.* Same;

No. 826. New York Trust Co., Trustee, *v.* Same;

No. 827. Bennett Committee *v.* Same; and

No. 828. Bankers Trust Co., Trustee, *v.* Same. May 19, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John W. Davis, Frank B. Kellogg, Edwin S. S. Sunderland, Warren S. Carter, Thomas O'G. FitzGibbon,* and *John Junell* for the Guaranty Trust Company, Trustee, and Hawley et al. *Messrs. Joseph M. Hartfield* and *Jesse E. Waid* for the New York Trust Company, Trustee, and The Bennett Committee. *Messrs. Charles Bunn* and *James H. McIntosh* for the Bankers Trust Company, Trustee. *Messrs. Henry W. Taft, Paxton Blair, Alfred A.*